**FILED**

08/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0243

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0243

_____

IN RE THE PARENTING OF:

   L.O.H.,

      A Minor Child.

CHELSEY S. DREW,                                          O R D E R

      Petitioner and Appellant,

   v.

CHAZ M. HYLAND,

      Respondent and Appellee.

_____

Counsel for Appellant Chelsey S. Drew has filed a motion to dismiss this appeal pursuant to the settlement reached by the parties. Good cause appearing,

IT IS HEREBY ORDERED that this appeal is DISMISSED WITH PREJUDICE without fees and costs to either party.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 21 2023